# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| INDU MALHOTRA, | ) |
| Plaintiff, | ) Case No. CV 16-8135 AJW |
| v. | ) J U D G M E N T |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

October 31, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge